IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD M. PAUL,<br>CARMELA PAUL,<br>FILMAR MINISTRY,<br>SEATTLE SAVINGS BANK,<br>INDYMAC BANK, F.S.B.,<br>KEYBANK NATIONAL ASSOCIATION,<br>NATIONSTAR MORTGAGE, LLC, d/b/a<br>MR. COOPER, and<br>THE PORT OF SEATTLE,<br><br>Defendants. | Case No. 2:18-cv-1712-RSM<br><br>**ORDER GRANTING STIPULATION**<br>**FOR ENTRY OF JUDGMENT** |

This matter comes before the Court on the Stipulation between Plaintiff United States of America and Defendant Ronald M. Paul regarding Count I of the United States' Complaint. Dkt. No. 11. The United States and Ronald M. Paul have stipulated to the entry of judgment in favor of the United States and against Ronald M. Paul with respect to Count I. The Court adopts the Stipulation between the United States and Ronald M. Paul.

1

Accordingly, IT IS HEREBY ORDERED:

1. Judgment shall be entered in favor of the United States and against Ronald M. Paul in the amount of $309,574.71 as of November 26, 2018 plus any statutory additions accruing according to law from November 26, 2018 until fully paid for civil tax penalties under 26 U.S.C. § 6701 for 2000, 2001, and 2005.

2. The parties shall bear their respective costs, including any possible attorney's fees or other expenses of litigation related to Count I.

3. The Clerk of the Court shall enter this judgment forthwith pursuant to Fed. R. Civ. P. 54(b) because there is no just reason for delay.

Dated: March 5, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE